UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUTH CHAVEZ AND GILBERTO GONZALES, | § § § | |
| Plaintiff, | § § § | |
| V. | § § | C.A. No. 7:13-cv-00578 |
| | § § | |
| STATE FARM LLOYDS AND RICKY L. JASPER | § § § | |
| Defendants. | § § | |

## PLAINTIFFS' JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs and hereby demand a trial by jury, a right enshrined in the Constitutions of the United States of America and the State of Texas and preserved by the sacrifices of many.

Respectfully submitted,

**DOYLE RAIZNER** LLP

_____
JEFFREY L. RAIZNER
State Bar No. 00784806
MICHAEL PATRICK DOYLE
State Bar No. 06095650
KIM GOODLING
State Bar No. 24036659

OF COUNSEL:
Doyle Raizner LLP
Lyondell Basell Tower
1221 McKinney, Suite 4100
Houston, Texas 77010
Phone: 713.571.1146
Fax:  713.571.1148

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this the 31st day of October, 2013 via CM/ECF, pursuant to the Federal Rules of Civil Procedure:

_____
JEFFREY L. RAIZNER