UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUTH CHAVEZ AND GILBERTO GONZALES, | § § § | |
| Plaintiff, | § § | |
| V. | § § | C.A. No. 7:13-cv-00578 |
| | § § | |
| STATE FARM LLOYDS AND RICKY L. JASPER | § § § | |
| Defendants. | § | |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

COME NOW Plaintiffs RUTH CHAVEZ AND GILBERTO GONZALES and file this Disclosure of Interested Parties, and would respectfully show the Court as follows:

1. Plaintiff, Ruth Chavez.
2. Plaintiff, Gilberto Gonzales.
3. Defendant, State Farm Lloyds.
4. Defendant, Ricky L. Jasper.

Respectfully submitted,

DOYLE RAIZNER LLP

_____
JEFFREY L. RAIZNER
State Bar No. 00784806
MICHAEL PATRICK DOYLE
State Bar No. 06095650
KIM GOODLING
State Bar No. 24036659

OF COUNSEL:

Doyle Raizner LLP
Lyondell Basell Tower
1221 McKinney, Suite 4100
Houston, Texas 77010
Phone: 713.571.1146
Fax:  713.571.1148

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

  I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this the 7th day of November, 2013 via CM/ECF, pursuant to the Federal Rules of Civil Procedure:

M. Micah Kessler
Nistico, Crouch & Kessler, P.C.
5151 San Felipe; Suite 900
 Houston, Texas 77056
**ATTORNEY IN CHARGE FOR**
**DEFENDANT STATE FARM LLOYDS**
**AND RICKY L. JASPER**

**OF COUNSEL:**
Ryan H. Newman
Nistico, Crouch & Kessler, P.C.
5151 San Felipe, Suite 900
Houston, Texas 77056

Sarah Pierce Cowen
Viola G. Garza
Cowen & Garza, LLP
820 E. Hackberry Ave., Suite 101
McAllen, Texas 78501

              _____
              JEFFREY L. RAIZNER