**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| RUTH CHAVEZ AND<br>GILBERTO GONZALES<br><br>　　Plaintiffs,<br>v.<br><br>STATE FARM LLOYDS<br>AND RICKY L. JASPER<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C. A. No. M-7:13-cv-00578 |

**PROPOSED JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68 and the Offer of Judgment, notice of acceptance and proof of service filed with the Court on January 2, 2014, it is hereby

.   **ORDERED, ADJUDGED and DECREED** that Plaintiffs shall have and recover from Defendant State Farm Lloyds $10,000.00, which includes costs now accrued and includes attorney's fees as part of the total sum for which judgment is entered.  It is further

**ORDERED, ADJUDGED and DECREED** that this is a Final Judgment, disposing of all claims, demands, causes of action and defenses of all parties, and is intended to be an appealable final judgment.

SIGNED AND ENTERED this _____ day of _____, 2014.

_____
United States District Judge